

Michael F. Wallace
wallacem@stutmanlaw.com

Thomas Paolini
Managing Attorney

January 8, 2025

**VIA ECF**

The Honorable A. David Copperthite
The Honorable Erin Aslan
United States District Court
District of Maryland

**Re:** Markel Insurance Company a/s/o McDonogh School v. Tate Engineering Systems
Case No.: 1:22-cv-02035-ADC

Dear Judge Copperthite and Judge Aslan:

I represent the Plaintiff in the above-referenced matter.

Please be advised that this matter has been settled among all parties. Plaintiff has executed a Release and will file a Stipulation of Dismissal upon receipt of the settlement funds.

Thank you for your attention to this matter.

Respectfully submitted,

*Michael F. Wallace*
Michael F. Wallace

MFW/vab
cc:   Helyna M. Haussler, Esq. (via ECF)
      Timothy S. Carey, Esq. (via ECF)

---

**Stutman Law**
**New Jersey Regional Office**
20 East Taunton Rd., Suite 403, Berlin, NJ 08009  • Phone 856.767.6800 • Fax 856.767.6810 • www.stutmanlaw.com

*Offices Nationwide*